UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-02589-MWC-SSC Date: July 14, 2025

Title Valeriia Fekete v. Marco Rubio *et al.*

Present: The Honorable: Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| N/A | N/A |

**Proceedings: (In Chambers) ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (DKT. 10). JS-6.**

Before the Court is a motion to dismiss filed by Defendant Marco Rubio ("Defendant"). Dkt. # 10 ("*Mot.*"). On March 25, 2025, Plaintiff Valeriia Fekete ("Plaintiff") filed a complaint against Defendant and 5 unnamed Doe defendants, seeking (1) a writ of mandamus to compel adjudication of Plaintiff's visa application, and (2) an order finding defendants violated the Administrative Procedure Act, 5 U.S.C. §§ 555, 706, *et seq*. *See* Dkt. # 1. Defendant's motion was filed on June 11, 2025, with a hearing scheduled for July 25, 2025. *See Mot.* Defendant moves to dismiss both claims. *See id.* Pursuant to Local Rule 7-9, Plaintiff was required to oppose this motion by July 3, 2025. Plaintiff has not opposed Defendant's motion to dismiss. Thus, pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely opposition as consent to granting the motion. Accordingly, the Court **GRANTS WITHOUT PREJUDICE** Defendant's motion to dismiss. This order closes the case.

**IT IS SO ORDERED.**

:

**Initials of Preparer** TJ